FILED: May 31, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-4249

(1:11-cr-00050-WDQ-1)

_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

JEAN BROWN

       Defendant - Appellant

_____

O R D E R

_____

The deadline for filing of transcript by Martin Giordano is extended to 07/01/2013 without sanctions.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk